PILLSBURY WINTHROP SHAW PITTMAN LLP
NATHANIEL R. SMITH (SBN 257615)
nathaniel.smith@pillsburylaw.com
RAYMOND W. DUER (SBN 317666)
raymond.duer@pillsburylaw.com
501 West Broadway, Suite 1100
San Diego, CA 92101-3575
Telephone: 619.234.5000
Facsimile: 619.236.1995

MICHAEL EVAN JAFFE (admitted *pro hac vice*)
GERALD ZINGONE (admitted *pro hac vice*)
1200 Seventeenth Street, NW
Washington, DC 20036
Telephone: 202.663.8000
Facsimile: 202.663.8007

Attorneys for Defendants WARTSILA DEFENSE, INC., BRYAN RUTTER, and BOBBY HENINGER

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARINE PROPELLERS, INC.<br><br>Plaintiff,<br><br>v.<br><br>WARTSILA DEFENSE, INC., et al.,<br><br>Defendants. | Case No. 3:17-cv-00555-BEN-NLS<br><br>MOTION FOR AN ORDER PERMITTING DEFENDANTS TO FILE JOINT MOTION NO. 3 AND EXHIBIT 1 TO A DOCUMENT UNDER SEAL<br><br>Judge:   Hon. Nita L. Stormes |

Defendants Wartsila Defense, Inc., Bryan Rutter and Bobby Heninger ("Defendants") respectfully submit this motion for an order permitting Defendants to file a redacted version of the parties' Joint Motion for Determination of Discovery Dispute No. 3 ("Joint Motion No. 3"), and to file under seal Exhibit 1 to the Declaration of Nathaniel R. Smith in Support of Joint Motion No. 3 ("Smith Declaration Exhibit 1").

Smith Declaration Exhibit 1 is a financial statement produced by Plaintiff Pacific Marine Propellers, Inc. ("Plaintiff") in this litigation and designated by Plaintiff as "CONFIDENTIAL" under the Protective Order entered in this case (Dkt. 33). Joint Motion No. 3 quotes in part Smith Declaration Exhibit 1. Accordingly, Defendants request permission to file Smith Declaration Exhibit 1 under seal, and to file a redacted version of Joint Motion No. 3 that redacts the portion of Joint Motion No. 3 that quotes Smith Declaration Exhibit 1.

Under this Court's Local Rules and the Protective Order entered in this case, an order is required before documents may be filed under seal. "Documents that are to be filed under seal must be accompanied by an order sealing them." Civ. L.R. 79.2(c). Paragraphs 14 and 31 of the Protective Order (Dkt. 33) state:

> Before any Materials produced in discovery, answers to interrogatories, responses to requests for admissions, deposition transcripts, or other documents which are designated as Confidential Information are filed with the Court for any purpose, the party seeking to file such Material must seek permission of the Court to file the Material under seal.
>
> …
>
> Filing Under Seal. Nothing shall be filed under seal, and the Court shall not be required to take any action, without separate prior order by the Judge before whom the hearing or proceeding will take place, after application by the affected party with appropriate notice to opposing counsel. The parties shall follow and abide by applicable law, including Civ. L.R.79.2, ECF Administrative Policies and Procedures, Section II.j, and the chambers rules, with respect to filing documents under seal.

1  Defendants' motion is supported by the Declaration of Nathaniel R. Smith
2  submitted herewith, the papers and records on file in this action, and such oral and
3  documentary evidence which the Court may consider in ruling on this motion.

Dated:  March 15, 2018

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: */s/ Nathaniel R. Smith*
NATHANIEL R. SMITH
Attorneys for Defendants
WARTSILA DEFENSE, INC., BRYAN RUTTER, and BOBBY HENINGER

**PROOF OF SERVICE**

I, Nathaniel R. Smith, am over the age of 18 years and not a party to the within action; my business address is 501 W. Broadway, Suite 1100, San Diego, California, 92101-3575.

On March 15, 2018, I caused the document described as:

MOTION FOR AN ORDER PERMITTING DEFENDANTS TO FILE JOINT MOTION NO. 3 AND EXHIBIT 1 TO A DOCUMENT UNDER SEAL

to be served on the parties in Case Number 3:17-cv-00555-BEN-NLS as follows:

*On all parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-referenced case caption*

via Notice of Electronic Filing generated by the Court's CM/ECF filing system, pursuant to the Court's Local Rules to the addressees listed above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 15, 2018 *s/ Nathaniel R. Smith*

Nathaniel R. Smith