UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MARINE PROPELLERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WARTSILA DEFENSE, INC., et al., <br><br> Defendants. | Case No.: 17cv555-BEN (NLS) <br><br> **ORDER GRANTING DEFENDANTS' MOTION FOR AN ORDER PERMITTING DEFENDANTS TO FILE A DOCUMENT UNDER SEAL** <br><br> [ECF No. 36] |

On March 15, 2018, Defendants Wartsila Defense, Inc., Bryan Rutter and Bobby Heninger ("Defendants") filed a Motion for an Order Permitting Defendants to File Document Under Seal. ECF No. 36. Specifically, Defendants seek to file a redacted version of the parties' Joint Motion for Determination of Discovery Dispute No. 3 ("Joint Motion No. 3"), and to file under seal Exhibit 1 to the Declaration of Nathaniel R. Smith in Support of Joint Motion No. 3. Id.

A party requesting that the court seal materials attached to a non-dispositive motion must make a particularized showing of good cause. Kamakana v. City and Cnty. of Honolulu, 447 F.3d 1172, 1180 (9th Cir. 2006). Here, Exhibit 1 is a financial statement produced by Plaintiff, which Plaintiff designated as confidential under the protective order. ECF No. 36 at 2. Given the confidential nature of this document, the

1

Court finds that Defendants have satisfied their burden of making a particularized showing of good cause to file this document under seal and to redact the portion of the joint motion that references this document. The Court, therefore, **GRANTS** the motion and orders that Exhibit 1 to the Declaration of Nathaniel R. Smith in Support of Joint Motion No. 3 be filed under seal with this Court and that Joint Motion No. 3 be redacted accordingly.

**IT IS SO ORDERED**.

Dated: March 16, 2018

Hon. Nita L. Stormes
United States Magistrate Judge